﻿Citation Nr: AXXXXXXXX
Decision Date: 10/30/20 Archive Date: 10/30/20

DOCKET NO. 190422-18519
DATE: October 30, 2020

ORDER

Service connection for benign prostatic hyperplasia with voiding residuals and erectile dysfunction is dismissed.

FINDING OF FACT

On September 28, 2020, the Veteran’s representative filed a motion to dismiss the appeal. 

CONCLUSION OF LAW

The criteria for dismissal of service connection for benign prostatic hyperplasia with voiding residuals and erectile dysfunction have been met. 38 U.S.C. § 7105; 38 C.F.R. § 20.205.

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran served on active duty from October 1968 to October 1971. This case is before the Board of Veterans’ Appeals (Board) on appeal from an April 2019 rating decision issued by a regional office of the Department of Veterans Affairs (VA). 

On September 28, 2020, the Veteran’s representative filed a motion indicating the Veteran wishes to withdraw the appeal. See also August 2020 correspondence from the Veteran (requesting withdrawal of “damaged prostate claim”). An appellant, or their authorized representative, may withdraw an appeal as to any or all issues involved, at any time before the Board issues a final decision. 38 C.F.R. § 20.205. The Board finds that the motion satisfies the requirements for withdrawal as to the issue of service connection for benign prostatic hyperplasia with voiding residuals and erectile dysfunction. There are no other issues on appeal. Accordingly, the motion is granted and the appeal is dismissed.

 

 

KELLI A. KORDICH

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board D.Z. Wall, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.